IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRANDON MARQUIS PUGH, AIS #254312,:
    Plaintiff,                                                              :
                                                                       :
v.                                                                      :         CIVIL ACTION 16-00211-KD-B
                                                                       :
DETECTIVE BRIDGFORD,             :
    Defendant.                                                        :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 25, 2017 is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Plaintiff's motion for leave to proceed without prepayment of fees is **DENIED** and this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

    **DONE** and **ORDERED** this the **15th** day of **February 2017.**

                                           /s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**